UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEIR ZARCHI,<br><br>        Plaintiffs,<br><br>vs.<br><br>FRANK MAYOR, ET AL.,<br><br>        Defendants. | CASE NO. CV 07-02038-MMM(RCx)<br><br>ORDER DISMISSING CIVIL ACTION |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: March 31, 2008

                                *Margaret M. Morrow*
                                MARGARET M. MORROW
                                UNITED STATES DISTRICT JUDGE